☞ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA      :    NOTICE OF INTENT
                                   TO FILE AN INFORMATION
     v.                       :
                                   07 Mag. 1013
VICTOR CALDERON,              :    07 Cr. __

          Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - -  **07 CRIM.   900**

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          September 18, 2007

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              David A. O'Neil
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Manuel Portela, Esq.
                              Attorney for Victor Calderon

*Judge McMahon*

9/19/07 WHEEL A