UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,              :

    - v. -                             :  07 CRIM. 900 Information

VICTOR CALDERON,                       :  07 Cr.

        Defendant.                 :

------------------------------------X

*Judge McMahon*

*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: SEP 2 4 2007*

### COUNT ONE

The United States Attorney charges:

1.  On or about June 14, 2007, in the Southern District of New York and elsewhere, VICTOR CALDERON, the defendant, unlawfully, willfully, knowingly, and without lawful authority, did produce an identification document, authentification feature, and false identification document, to wit, CALDERON produced and sold three fraudulent Pennsylvania driver's licenses.

(Title 18, United States Code,
Sections 1028(a)(1), (b)(1)(A)(ii) and 2.)

### COUNT TWO

The United States Attorney further charges:

2.  On or about June 14, 2007, VICTOR CALDERON, the defendant, unlawfully, willfully, and knowingly, during and in relation to a felony violation enumerated in subsection (c) of Title 18, United States Code, Section 1028A, to wit, the

1

violation of Title 18, United States Code, Section 1028(a)(1) charged in Count One, did transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, CALDERON possessed the names of other persons and used them to produce fraudulent Pennsylvania driver's license.

(Title 18, United States Code, Sections 1028A(a)(1) and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR CALDERON,

Defendant.

**INFORMATION**

07 Cr.

(18 U.S.C. §§ 2, 1028(a)(1), 1028A)

MICHAEL J. GARCIA
United States Attorney.

9/24/07 Filed Information & Waiver of Indictment. Deft. Pres. w/atty Manuel Portela & AUSA David O'Neil Pres. Spanish Intep & Courtreporter Pres. Deft. Pleads Guilty. Detention Cont'd. Sentence date to be set by Judge McMahon. PSI Ordered.
s/ Mag. J. Katz