*Judge McMahon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

            - v. -                    :

VICTOR CALDERON,                      :          **WAIVER OF INDICTMENT**

            Defendant.                :          07 Cr. ___

                                      :          07 CRIM. 900

                                      :

- - - - - - - - - - - - - - - - x

     The above-named defendant, who is accused of violating Title 18, United States Code, Sections 2, 1028, and 1028A, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
VICTOR CALDERON

_____
Manuel Portela, Jr., Esq.
Attorney for VICTOR CALDERON

Witness: _____

Date:    New York, New York
         September 24, 2007


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 4 2007